Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.H., et. al<br><br>                    Plaintiff(s),<br><br>    v.<br><br>ISSAQUAH SCHOOL DISTRICT,<br><br>                    Defendant. | No. 2:21-cv-00137-DGE<br><br>ORDER GRANTING STIPULATED MOTION TO REOPEN CASE TO AWARD FEES AND COSTS AND TO ENTER FINAL JUDGMENT |

This matter comes before the Court on Defendant Issaquah School District's (the "District") and Plaintiffs S.H., by and through her parents G.H. and P.H.'s ("Plaintiffs'") Stipulated Motion to Reopen Case to Award Fees and Costs and to Enter Final Judgment ("Stipulated Motion").

The parties' Stipulated Motion is **GRANTED**.  The case is reopened and the Plaintiffs may file their Fed. R. Civ. P. 54(d) motion within 90 days from the date the Office of Administrative Hearings mailed its Order on Remand.  Following entry of the Court's order regarding Plaintiffs' Fed. R. Civ. P. 54(d) motion, the Court will enter a final judgment in this case in accordance with the Ninth Circuit Court of Appeals' March 9, 2022 order.

ORDER GRANTING STIPULATED MOTION - 1
Cause 2:21-cv-00137-DGE

Ford Law Firm PLLC
6141 NE BOTHELL WAY, STE 203
KENMORE, WASHINGTON  98029
TELEPHONE: (425) 908-7692
FACSIMILE: (425) 663-3333

DATED this 13th day of September, 2022.

_____
David G. Estudillo
United States District Judge

Presented by:

FORD LAW FIRM PLLC

*/s/ Ryan Ford*
    Ryan Ford, WSBA #50628
*Attorneys for Plaintiffs*


PACIFICA LAW GROUP LLP

*/s/ Carlos Chavez*
    Carlos A. Chavez, WSBA #34076
    Sarah C. Johnson, WSBA #34529
*Attorneys for Issaquah School District*

ORDER GRANTING STIPULATED MOTION - 2
Cause 2:21-cv-00137-DGE

FORD LAW FIRM PLLC
6141 NE BOTHELL WAY, STE 203
KENMORE, WASHINGTON  98029
TELEPHONE: (425) 908-7692
FACSIMILE: (425) 663-3333